United States District Court
Southern District of Texas
**ENTERED**
November 19, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC A. DIVES, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-00294 |
| § | |
| UNIFIRST CORPORATION, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

On November 19, 2019, the Court dismissed this action without prejudice. The Court hereby **DIRECTS** the Clerk of the Court to enter Final Judgment. The Court further **DIRECTS** the Clerk of the Court to close this case.

SIGNED this 19th day of November, 2019.

_____
Hilda Tagle
Senior United States District Judge